UNITED STATES of America, Plaintiff–Appellee,

v.

Javier MARTINEZ, Defendant–Appellant.

No. 05–12912

Non–Argument Calendar.

D.C. Docket No. 04–00092–CR–FTM–29DNF.

United States Court of Appeals, Eleventh Circuit.

Dec. 21, 2005.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Javier Martinez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Martinez's conviction and sentence are **AFFIRMED.**